UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
June 01, 2021
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| Robert Vanderploeg, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | Civil Action H-20-3486 |
| | § | |
| Allstate Bk Real Estate Holdings, Ltd., | § | |
| | § | |
| Defendant. | § | |

## Conditional Dismissal

1.    Having been advised that the parties have settled, this case is dismissed with prejudice.

2.    By June 12, 2021, the parties may move for reinstatement.

3.    The court retains jurisdiction to enforce the settlement.

Signed on May _28_, 2021, at Houston, Texas.

Lynn N. Hughes
United States District Judge